JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO | Case No. CV 2:21-00134-AB (ASx) |
|        Plaintiff, | |
| | ORDER DISMISSING CIVIL ACTION |
| v. | |
| NASHAT N. ATEIA | |
|        Defendant. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 27, 2021

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE